**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Vernon CLAVILLE, Defendant–**
**Appellant.**

**United States of America,**
**Plaintiff–Appellee**

v.

**Michael Walker, Defendant–Appellant.**

**Nos. 08–30555, 08–30556**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

July 25, 2008.

Alexander Coker Van Hook, Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Louisiana, Shreveport, LA, for Plaintiff–Appellee.

Jack M. Bailey, Jr., Law Offices of Jack M. Bailey, Jr., Ronald Miciotto, Shreveport, LA, for Defendant–Appellant.

Before KING, GARZA, and PRADO, Circuit Judges.

PER CURIAM: *

Vernon Claville and Michael Walker were convicted following a jury trial of violating the Racketeer Influenced Corrupt Organizations Act. In consolidated appeals, Claville and Walker appeal the district court's orders of detention pending sentencing.

A defendant who has been convicted "shall" be detained pending sentencing "unless the judicial officer finds by clear and convincing evidence that the person is not likely to flee or pose a danger to the safety of any other person or the community if released[.]" 18 U.S.C. § 3143(a).

Our review is limited to abuse of discretion, and the detention order must be sustained if it is supported by the proceedings in the district court. *See United States v. Cantu–Salinas,* 789 F.2d 1145, 1146 (5th Cir.1986). The district court did not abuse its discretion in concluding that neither Claville nor Walker could meet the statute's demanding standard. Its orders of detention as to both defendants are supported by the proceedings in the district court.

Accordingly, we AFFIRM the district court's order of detention as to Vernon Claville and its order of detention as to Michael Walker.

---

* Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.